IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY W. SGOUROS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANSUNION CORP.; TRANS UNION LLC; and TRANSUNION INTERACTIVE, INC.<br><br>　　　　Defendants. | No. 14-cv-1850<br><br>Judge James B. Zagel |

**AGREED SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and the agreement of the parties, the following schedule is hereby **ORDERED**:

1.　<u>Pleadings</u>:  Plaintiff shall file his Second Amended Class Action Complaint on or before October 6, 2016.  Defendants shall file their answer or other responsive pleading to the Second Amended Class Action Complaint on or before November 3, 2016.

2.　<u>Initial Disclosures</u>:  The Parties shall exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) by November 7, 2016.

3.　<u>Additional Parties</u>:  Motions to amend or add parties will be filed not later than December 5, 2016.

4.　<u>Discovery Deadlines</u>:  Discovery in the case shall not be bifurcated between class certification and merits issues, in part to allow the early filing of motions for summary judgment, as appropriate.  All non-expert fact discovery shall be completed ninety (90) days after the Court's ruling on any motion for class certification.

5.　<u>Expert Discovery relating to Class Certification</u>.  The parties shall have until

January 20, 2017 to disclose expert reports relating to class certification. Any experts relating to class certification shall be deposed by February 3, 2017. The parties shall have until February 20, 2017 to disclose rebuttal expert reports relating to class certification. Any rebuttal experts relating to class certification shall be deposed by March 3, 2017.

6. <u>Motion for Class Certification</u>. Any motion for class certification shall be filed by March 13, 2017. Defendants shall file any response brief by April 13, 2017, and Plaintiff shall file any reply brief by April 27, 2017.

7. <u>Remaining Deadlines</u>: Deadlines for dispositive motions, the disclosure of expert opinion witnesses on the merits and other pre-trial activities shall be set after the Court issues a ruling on the motion for class certification.

IT IS SO ORDERED.

Dated: September 23, 2016

                                          Hon. James B. Zagel
                                          United States District Judge